```
 1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
    ELENA R. BACA (SB# 160564)
 2  elenabaca@paulhastings.com
    515 South Flower Street
 3  Twenty-Fifth Floor
    Los Angeles, CA 90071-2228
 4  Telephone: (213) 683-6000
    Facsimile: (213) 627-0705
 5
    SHANNON S. SEVEY (SB# 229319)
 6  shannonsevey@paulhastings.com
    1117 S. California Avenue
 7  Palo Alto, CA 94304-1106
    Telephone: (650) 320-1800
 8  Facsimile: (650) 320-1900

 9  Attorneys for Defendants
    BELMONT VILLAGE SUNNYVALE, INC.,
10  BELMONTCORP, AND BELMONT VILLAGE, L.P.

11                      UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13                              SAN JOSE DIVISION

14

15  SALVADORE TEMORES,                  CASE NO.

16             Plaintiff,                [Santa Clara County Superior Court Case No.
                                         108CV106332]
17       vs.
                                         DECLARATION OF ANN SCHUMACHER
18  BELMONT VILLAGE SUNNYVALE,           IN SUPPORT OF DEFENDANTS' NOTICE
    INC., a California Corporation;     OF REMOVAL
19  BELMONTCORP, a Maryland
    Corporation; BELMONT VILLAGE, and
20  DOES 1-25, inclusive,

21             Defendants.
```

E-filing

RM[...]

PVT

DECLARATION OF ANN SCHUMACHER

Case No.

I, Ann Schumacher, declare:

1. I am currently employed as Executive Vice President of Belmont Village, L.P. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I would and could testify to the facts stated herein.

2. I have reviewed the Complaint filed by plaintiff Sal Temores ("Plaintiff") on February 21, 2008, Santa Clara Superior Court Case No. 1-08-CV 106332 ("Complaint"). Based on my review of the Complaint, I understand Plaintiff alleges that Belmont Village Sunnyvale, Inc., BelmontCorp, and Belmont Village, L.P. failed to pay wages and overtime under California law, failed to pay wages upon discharge or quitting, failed to afford mandatory breaks or meal periods, failed to maintain pay records and make pay records available, and, through the above acts, committed unfair business acts in violation of California Business & Professions Code Section 17200 *et seq.*

3. Although Plaintiff has named three entities in the Complaint, Belmont Village, L.P. is the entity that employed Plaintiff. BelmontCorp and Belmont Village Sunnyvale, Inc. are not, and have not at any time been, Plaintiff's employer.

4. Belmont Village, L.P. is a limited partnership formed in Delaware and with its principal place of business in Houston, Texas. By principal place of business, I mean that Belmont Village, L.P. maintains its company headquarters, holds meetings among its executive-level management team (which includes me), maintains its primary physical operations, engages in the day-to-day control of its business, and otherwise is most noticeably present and acts as the "nerve center" for its business in Houston, Texas.

5. Belmont Village, L.P. consists of the following members, each of whom are neither registered in nor maintain their principal place of business in California:

        (a)    Belmont Village, L.P.'s General Partner is Belmont Three, LLC ("Belmont Three"). Belmont Three, a limited liability company, was formed and is registered in Delaware and has its principal place of business in Houston, Texas.

        (b)    Until January 2008, Belmont Village, L.P.'s Limited Partner was Belmont Two Corporation ("Belmont Two"). Belmont Two was formed and is registered in Delaware, and, until January 2008, had its principal place of business in Houston, Texas. Since January 2008, Belmont Two's principal place of business has been in Norwalk, Connecticut.

        (c)    In January 2008, Belmont Village Holding, LLC ("Belmont Holding") became Belmont Village, L.P.'s Limited Partner, in place of Belmont Two. Belmont Holding was formed and is registered in Delaware and has its principal place of business in Houston, Texas.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 28th day of March, 2008, in Houston, California.

                                    Ann Schumacher

-3-    DECLARATION OF ANN SCHUMACHER

Case No.