E-filing

1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   ELENA R. BACA (SB# 160564)
2  elenabaca@paulhastings.com
   515 South Flower Street
3  Twenty-Fifth Floor
   Los Angeles, CA 90071-2228
4  Telephone: (213) 683-6000
   Facsimile: (213) 627-0705
5
   SHANNON S. SEVEY (SB# 229319)
6  shannonsevey@paulhastings.com
   1117 S. California Avenue
7  Palo Alto, CA 94304-1106
   Telephone: (650) 320-1800
8  Facsimile: (650) 320-1900

9  Attorneys for Defendants
   BELMONT VILLAGE SUNNYVALE, INC.,
10 BELMONTCORP, AND BELMONT VILLAGE L.P.

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

15 | SALVADORE TEMORES,                    | Case No.
16 |        Plaintiff,                     | [Santa Clara County Superior Court Case No. 108CV106332]
17 |    vs.                                |
18 | BELMONT VILLAGE SUNNYVALE,             | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
   | INC., a California Corporation;        |
19 | BELMONTCORP, a Maryland                |
   | Corporation; BELMONT VILLAGE, and      |
20 | DOES 1-25, inclusive,                  |
21 |        Defendants.                     |

Case No.                                    CERTIFICATION OF INTERESTED
                                            ENTITIES OR PERSONS

1  TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA, PLAINTIFF SALVADORE TEMORES AND TO
3  HIS ATTORNEY OF RECORD, ASHWIN LADVA, ESQ. AND THE LADVA LAW FIRM:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-16, the undersigned certifies that, in addition to the named parties in this action, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.  GE Capital Corporation, parent company of Defendant BelmontCorp.

2.  Belmont Three LLC, General Partner of Belmont Village, L.P.

3.  Belmont Two Corporation, former Limited Partner of Belmont Village, L.P.

4.  Belmont Village Holding, LLC, current Limited Partner of Belmont Village, L.P.

In addition, pursuant to Rule 3-16 of this Court's Local Rules, the undersigned hereby certifies that as of this date, other than the named parties and above entities, there is no such interest to report.

Case No.                                -1-                           CERTIFICATION OF INTERESTED
                                                                      ENTITIES OR PERSONS

| | |
|---|---|
| 1 | DATED: March 28, 2008 |
| 2 | |

ELENA R. BACA
SHANNON S. SEVEY
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: *Shannon Sevey*
    SHANNON S. SEVEY

Attorneys for Defendants
BELMONT VILLAGE SUNNYVALE, INC.,
BELMONTCORP, AND BELMONT VILLAGE L.P.

Case No.

DEFENDANT'S CERTIFICATION AS TO
INTERESTED ENTITIES OR PERSONS