1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   ELENA R. BACA (SB# 160564)
2  515 South Flower Street
   Twenty-Fifth Floor
3  Los Angeles, CA 90071-2228
   Telephone: (213) 683-6000
4  Facsimile: (213) 627-0705

5

   PAUL, HASTINGS, JANOFSKY & WALKER LLP
6  SHANNON S. SEVEY (SB# 229319)
   1117 S. California Avenue
7  Palo Alto, CA 94304
   Telephone: (650) 320-1800
8  Facsimile: (650) 320-1900

9  Attorneys for Defendant
   BelmontCorp.

10                   UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13

14  SALVADORE TEMORES,                | CASE NO. C 08-01711 RMW

15          Plaintiff,                |
                                      | **PROOF OF SERVICE BY U.S. MAIL**
16      vs.                           |

17  BELMONT VILLAGE SUNNYVALE,
    INC., a California Corporation,
18  BELMONTCORP, a Maryland
    Corporation, BELMONT VILLAGE and
19  DOES 1-25, inclusive,

20          Defendants.

                                    -1-                    PROOF OF SERVICE BY U.S. MAIL

## PROOF OF SERVICE

STATE OF CALIFORNIA           )
                              ) ss:
CITY AND COUNTY OF SANTA CLARA )

I am employed in the City of Palo Alto, County of Santa Clara, State of California. I am over the age of 18, and not a party to the within action. My business address is 1117 S. California Avenue, Palo Alto, California 94304-1106.

On March 31, 2008, I caused to be served copies copy of the foregoing documents described as:

**U.S. DISTRICT COURT NORTHERN CALIFORNIA – ECF REGISTRATION HANDOUT**

**U.S. DISTRICT COURT NORTHERN CALIFORNIA – NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICATION**

**ORDER SETTLING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES (INCLUDING JUDGE WHYTE'S STANDING ORDER)**

**NOTICE TO STATE COURT CLERK OF FILING OF NOTICE OF REMOVAL TO FEDERAL COURT**

**NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**DEFENDANT'S ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT**

**DEFENDANT'S NOTICE OF REMOVAL**

**CIVIL COVER SHEET**

**DECLARATION OF SHANNON S. SEVEY IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL**

**DECLARATION OF ANN SCHUMACHER IN SUPPORT OF DEFEDANTS' NOTICE OF REMOVAL**

**NOTICE TO STATE COURT CLERK OF FILING OF NOTICE OF REMOVAL TO FEDERAL COURT**

**NOTICE OF ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

-2-    PROOF OF SERVICE BY U.S. MAIL

☐ **VIA PDF EMAIL:**
By forwarding the documents by electronic transmission on this date, in compliance with Civil L.R. 23-2, to:

☒ **VIA U.S. MAIL:**
On March 31, 2008, at Palo Alto, California. by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below:

Ashwin Ladva
Ladva, Shoker & Associates
530 Jackson Street, 2nd Floor
San Francisco, CA 94133

☐ **VIA HAND DELIVERY:**
I caused to be delivered such sealed envelope by hand to the offices of the addressees listed below pursuant to CCP § 1011.

☐ **VIA FACSIMILE:**
I caused said documents to be transmitted by facsimile pursuant to Federal Rule of Civil Procedures 5 (b)(2)(d). The facsimile was transmitted to the facsimile numbers shown below on _____. The facsimile transmission report indicated that the transmission was complete and without error.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 31, 2008, at Palo Alto, California.

_____
Cheryl A. Gardner