**United States District Court**
**Northern District of California**

1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**
9                   **Northern District of California**

10  Temores,                                         08-01711 RMW
11                     Plaintiff(s),       **NOTICE RE: NONCOMPLIANCE**
                                           **WITH COURT ORDER**
12              v.
13  Belmont Village Sunnyvale, Inc.,
14                     Defendant(s).
15

16     The parties have failed to file an ADR Certification and either a Stipulation and
17  [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone
18  Conference as required by the Initial Case Management Scheduling Order.  Counsel
19  shall Meet and Confer forthwith in an attempt to agree on an ADR process for this
20  matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file
21  an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting**
22  **ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),
23  ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available
24  at www.adr.cand.uscourts.gov.)
25
26     Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a
27  copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax
28  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
08-01711 RMW                            -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: July 16, 2008

                                              RICHARD W. WIEKING
                                              Clerk
                                              by:    Lisa Salvetti

                                              _____
                                              ADR Administrative Assistant
                                              415-522-2032
                                              lisa_salvetti@cand.uscourts.gov

United States District Court
Northern District of California

PROOF OF SERVICE

Case Name:      Temores v. Belmont Village Sunnyvale, Inc.

Case Number:    08-01711 RMW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On July 16, 2008, I served a true and correct copy of:

> **Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Ashwin Virji Ladva
> Law Offices of Ashwin Ladva
> 530 Jackson Street, 2nd Floor
> San Francisco, CA 94133
> aladva@yahoo.com
>
> Jason Lundberg
> Ladva Law Firm
> 530 Jackson Street, 2nd Floor
> San Francisco, CA 94133
>
> Shannon S. Sevey
> Paul Hastings Janofsky & Walker LLP
> 1117 S. California Avenue
> Palo Alto, CA 94304-1106
> shannonsevey@paulhastings.com
>
> Elena Baca
> Paul,Hastings, Janofsky & Walker LLP
> 515 South Flower Street
> Twenty-Fifth Floor

Los Angeles, CA 90071-2228

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 16, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Lisa Salvetti

_____
ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov