UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 8/6/08*

Salvadore Temores

                                CASE NO. 1-08-CV-01711 RMW

             Plaintiff(s),

         v.                              STIPULATION AND [PROPOSED]
Belmont Village, L.P.                        ORDER SELECTING ADR PROCESS

            Defendant(s).
_____/

       Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
       Non-binding Arbitration (ADR L.R. 4)
       Early Neutral Evaluation (ENE)  (ADR L.R. 5)
       Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

      **Private Process:**
      ✓     Private ADR *(please identify process and provider)* The parties agree to mediate this matter through mediator Mark Rudy. Due to Mr. Rudy's and the parties' schedules, this mediation is scheduled to occur on November 12, 2008.

The parties agree to hold the ADR session by:
           the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

     ✓     other requested deadline November 12, 2008

Dated: July 28, 2008                                Ashwin Ladva
                                                          Attorney for Plaintiff

Dated: July 28, 2008                                Elena R. Baca
                                                          Attorney for Defendant

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- Mediation
- XXX   Private ADR

Deadline for ADR session
   90 days from the date of this order.
XXX   other   November 12, 2008

IT IS SO ORDERED.

Dated: 8/6/08

*Ronald M. Whyte*

DISTRICT
UNITED STATES ~~MAGISTRATE~~ JUDGE