IN THE UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SALVADORE TEMORES,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BELMONT VILLAGE SUNNYVALE, INC., a California Corporation; BELMONTCORP, a Maryland Corporation; BELMONT VILLAGE, and DOES 1-25, inclusive,<br><br>　　　　　Defendants. | CASE NO. 5:08-CV-01711-RMV<br><br>**[PROPOSED] ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

On August 15, 2008, the Initial Case Management Conference was held in the above-captioned matter. Pursuant to this conference, the Court HEREBY makes the following ORDER:

<u>Order Regarding Scheduling:</u>

1. Deadline to Exchange Initial Disclosures: May 22, 2008
2. Last Day to Amend Pleadings by Adding New Claims or New Parties: June 15, 2008
3. Close of Fact Discovery: November 7, 2008
4. Plaintiff's Expert Witness Disclosures: December 5, 2008, 5:00 p.m.

1     5.     Defendants' Expert Witness Disclosures: December 12, 2008, 5:00 p.m.

3     6.     Close of Expert Discovery: February 6, 2009

4     7.     Last Day to Hold Hearing on Dispositive Motions: March 6, 2009

5     8.     Last Day to File Pretrial Disclosures Pursuant to Fed. R. Civ. Proc. 26(a)(3)(c): March 20, 2009

7     9.     Pretrial Conference: April 9, 2009

8     10.     Trial: April 20, 2009

Order Regarding Discovery:

Each party shall be limited to 10 depositions, 25 special interrogatories, and 10 requests for admission. There shall be no limit on the number of requests for production of documents.

IT IS SO ORDERED.

Dated: _____, 2008

_____
Honorable Ronald M. Whyte
UNITED STATES DISTRICT JUDGE