UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: August 15, 2008

Case No. C-08-01711-RMW    JUDGE: Ronald M. Whyte

SALVADORE TEMORES    -V- BELMONT VILLAGE SUNNYVALE, INC., et al.
Title

A. Passaretti for T. Riley    S. Sevey
Attorneys Present (Plaintiff)    Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia    COURT REPORTER: Not Reported

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. The Court set the following dates: Jury Trial set for 4/20/09 @ 1:30 PM; Pretrial Conference set for 4/9/09 @ 2:00 PM; Joint Pretrial Statement due 4/3/09; Last to Hear Dispositive Motions set for 3/6/09 @ 9:00 AM; Expert Discovery cutoff 11/7/08; Plaintiff Expert Disclosure set for 12/5/08; Defendant Expert Disclosure set for 12/12/08; Expert Discovery cutoff 2/6/09. Discovery Limits: Depositions - 10 per side; Interrogatories - 25 per side; Request for Admissions - 10 per side; Document Request - no limit, but narrowly tailored. Defendant to prepare order following conference.