1

2

3

4

*E-FILED - 8/21/08*

5

6            IN THE UNITED STATES DISTRICT COURT

7            FOR NORTHERN DISTRICT OF CALIFORNIA

8                   SAN JOSE DIVISION

9

10  SALVADORE TEMORES,                    CASE NO. 5:08-CV-01711-RMV

11              Plaintiff,                [~~PROPOSED~~] ORDER FOLLOWING
                                          CASE MANAGEMENT
12        vs.                             CONFERENCE

13  BELMONT VILLAGE
    SUNNYVALE, INC., a California
14  Corporation; BELMONTCORP, a
    Maryland Corporation; BELMONT
15  VILLAGE, and DOES 1-25,
    inclusive,
16
                Defendants.
17

18

19        On August 15, 2008, the Initial Case Management Conference was held in

20  the above-captioned matter.  Pursuant to this conference, the Court HEREBY

21  makes the following ORDER:

22

23  Order Regarding Scheduling:

24        1.    Deadline to Exchange Initial Disclosures:  May 22, 2008

25        2.    Last Day to Amend Pleadings by Adding New Claims or New Parties:

26        June 15, 2008

27        3.    Close of Fact Discovery: November 7, 2008

28        4.    Plaintiff's Expert Witness Disclosures: December 5, 2008, 5:00 p.m.

5.    Defendants' Expert Witness Disclosures: December 12, 2008, 5:00

p.m.

6.    Close of Expert Discovery: February 6, 2009

7.    Last Day to Hold Hearing on Dispositive Motions: March 6, 2009

8.    Last Day to File Pretrial Disclosures Pursuant to Fed. R. Civ. Proc.

26(a)(3)(c): March 20, 2009

9.    Pretrial Conference: April 9, 2009

10.   Trial: April 20, 2009


Order Regarding Discovery:

Each party shall be limited to 10 depositions, 25 special interrogatories, and

10 requests for admission.  There shall be no limit on the number of requests for

production of documents.


IT IS SO ORDERED.


Dated:  8/21_____, 2008        *Ronald M. Whyte*
                                _____
                                Honorable Ronald M. Whyte
                                UNITED STATES DISTRICT JUDGE